UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMJ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR1639-IEG |
| ) | |
| v. ) | JUDGMENT AND COMMITMENT |
| WILLIAM RAY MCMAHAND, JR. ) | (For Revocation of Probation or |
| ) | Supervised Release) |
| ) | |

Defendant's Attorney: N. AGUILAR, FEDERAL DEFENDERS

REGISTRATION NO. _____

THE DEFENDANT:

__x__ admitted guilt to violation of allegations(s) No. ONE (1) AND TWO (2)

____ was found in violation of allegations(s) No. _____

Accordingly, the court has adjudicated that the defendant is guilty of the following allegations(s):

| ALLEGATION NO. | NATURE OF VIOLATION |
|---|---|
| 1 | Unlawful use of controlled substance (nv3) |
| 2 | Unlawful use of controlled substance (nv3) |

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of NINTEY (90) DAYS.

__x__ NO SUPERVISED Release imposed.
on the following conditions:
- ____ obey all laws, Federal, State and Municipal
- ____ comply with all lawful rules and regulations of the probation department
- ____ not possess any narcotic drug or controlled substance without a lawful medical prescription
- ____ not transport, harbor or assist undocumented aliens
- ____ not reenter the United States illegally
- ____ not possess any firearm, destructive device or any other dangerous weapon
- ____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
- ____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.

    IT IS ORDERED that a certified copy of this judgment and commitment be delivered to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SEPTEMBER 7, 2007
Date of Imposition of Sentence

LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE